THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEO FRIEDMAN, Appellant.

*People* v. *Friedman*, 172 App. Div. ——, appeal dismissed. (Submitted April 17, 1916; decided April 25, 1916.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second

judicial department, entered December 24, 1915, which affirmed a judgment of the Kings County Court rendered upon a verdict convicting the defendant of the crime of petit larceny.

The motion was made upon the ground of failure to file the return.

*James C. Cropsey, District Attorney (Ralph E. Hemstreet* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.